5763 Wadsworth LLC, Petitioner-Landlord-Respondent, 
against
Jose Ramirez and Nidia Ramirez, Respondents-Tenants-Appellants.




Tenant Nidia Ramirez appeals from an order of the Civil Court of the City of New York, New York County (Kimon C. Thermos, J.), dated July 27, 2019, which denied her motion to consolidate this proceeding with another nonpayment summary proceeding.




Per Curiam.
Order (Kimon C. Thermos, J.), dated July 27, 2019, affirmed, with $10 costs.
Civil Court providently exercised its discretion in denying tenant's motion to consolidate two nonpayment proceedings, as there are insufficient common questions of law and fact presented (see 172 Van Duzer Realty Corp. v 878 Educ., LLC, 164 AD3d 1171 [2018]; CPLR 602). Contrary to tenant's contention, these proceedings do not involve a common defense that landlord improperly sought to revoke a "preferential rent" in violation of NYC Administrative Code § 26-511(c)(14), as amended by Housing Stability and Tenant Protection Act of 2019 (L 2019, Ch 36). There are no "preferential rent" issues presented; the issue raised is landlord's right to recover the legal regulated rent following a rent restoration order issued by DHCR, which retroactively revoked a prior rent reduction order (see Rent Stabilization Code [9 NYCRR] § 2522.2).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: February 7, 2020